PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:21-po-00657-SAB |
| Plaintiff, | |
| v. | MOTION AND ORDER TO DISMISS WITHOUT PREJUDICE AND VACATE TRIAL DATE |
| TYLER A. KAROW, | (Doc. 8) |
| Defendant. | TRIAL DATE: JUNE 7, 2022<br>TIME: 10:00 AM<br>COURT: HON. STANLEY A. BOONE |

The United States of America, by and through Phillip A. Talbert, United States Attorney, Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice and vacate the trial date in this matter.

DATED: May 23, 2022                                      Respectfully submitted,

                                                         PHILLIP A. TALBERT
                                                         United States Attorney

                                           By:   /s/ Jeffrey A. Spivak
                                                 JEFFREY A. SPIVAK
                                                 Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice. The June 7, 2022 trial date in this matter is VACATED.

IT IS SO ORDERED.

Dated:   **May 23, 2022**

UNITED STATES MAGISTRATE JUDGE